UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WAYNE HOUSTON,

    Plaintiff,

v.                                           Case No. 06-CV-10140-DT

DANIEL BUFFA, et al,

    Defendants.
                                            /

**ORDER GRANTING PLAINTIFF'S "MOTION TO EXTEND TIME . . ." AND "MOTION FOR RECONSIDERATION" AND SETTING BRIEFING AND HEARING DATES**

On January 23, 2007, the court issued an order granting in part Plaintiff Wayne Houston's motion to extend the time to file a response to Defendant David Gillahan's motion for summary judgment. In the order, the court granted Plaintiff an extension to file a response, but not the lengthy extension requested by Plaintiff. (1/23/07 Order at 2.) The court also scheduled a hearing on Defendant Gillahan's motion for March 6, 2007. (*Id.* at 3.)

Following the January 23, 2007 order, a second motion for summary judgment was filed by Defendants Daniel Buffa, Brent Yuchacz, Jill Kulhanek. Now pending before the court are two motions filed by Plaintiff on February 6, 2007: a motion for reconsideration of the January 23, 2007 order and a motion to extend the response deadline on the second motion for summary judgment. The court has reviewed the second motion for summary judgment and determines that the issues raised in the motion are substantially similar to those raised in Defendant Gillahan's motion and, thus, the interests of judicial economy will be served by hearing the two motions

together.  The next available hearing date, appropriate for resolving the two motions, is April 4, 2007.  Given the length of time between now and April 4, and given the additional concerns raised by Plaintiff in his two February 6, 2007 motions, the court will extend his response time, as requested, until March 16, 2007.

However, the court advises counsel that, barring unforeseen and highly unusual circumstances, **no further extensions will be granted**.  Counsel has already sought, and been granted, several extensions on briefing deadlines and scheduling deadlines.  The court recognizes that personal matters may, from time to time, interfere with counsel's ability to timely manage his cases.  Nonetheless, cases must be efficiently managed and speedily resolved both by counsel and by this court.  To that end, counsel must work cooperatively and diligently to comply with the remaining court-ordered deadlines.

For the reasons stated above, IT IS ORDERED that Plaintiff's February 6, 2007, "Motion for Reconsideration . . ." [Dkt. # 41] and "Motion to Extend Time . . ." [Dkt. # 42] are GRANTED.  Plaintiff shall file his response briefs to both motions for summary judgment by **March 16, 2007.**  Defendants' reply briefs, if any, shall be filed by **March 23, 2007**.  The court will conduct a hearing on the matter on **April 4, 2007 at 2:00 p.m.**[1]

**NO FURTHER EXTENSIONS SHALL BE GRANTED.**

 S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

---

[1] The parties should note that hearings are not guaranteed.  In the event the court determines the matter can be resolved on the briefs, the hearing will be canceled.  *See* E.D. Mich. LR 7.1.(e)(2).

2

Dated: February 8, 2007

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, February 8, 2007, by electronic and/or ordinary mail.

                                                 S/Lisa Wagner
                                              Case Manager and Deputy Clerk
                                              (313) 234-5522